SINGLETON LLC
Brian D. Singleton, Esq. #047342017
14 Walsh Drive Suite #202
Parsippany, New Jersey 07054
Phone: 973.261.5960
Fax: 973.201.0241
brian@singletonllc.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MRUNAL and ASAVARI SARAIYA,<br><br>      Plaintiffs,<br><br>v.<br><br>COMPLETE ADVISORS PLUS LLC, a New York Limited Liability Company, NAINESH SHAH, an individual, EVAN LEVINE, an individual, JOHN DOES 1-10 and ABC ENTITIES 1-10 (fictitious names),<br><br>      Defendants/Third Party Plaintiffs,<br><br>v.<br><br>LLOYDS, LONDON,<br><br>      Third Party Defendant. | CIVIL ACTION NO. 3:22-cv-07557-ZNQ-JBD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by the Plaintiffs, by and through their undersigned counsel, that any and all claims against Defendants Complete Advisors Plus, LLC, Nainesh Shah, and Evan Levine are hereby dismissed, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

It is further stipulated by the Defendants/Third Party Plaintiffs, by and through their undersigned counsel, that any and all claims against Third-Party Defendant, Underwriters at

1

Lloyd's, Syndicates 2623 and 623 (*improperly pled as Lloyds, London*) are hereby dismissed, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| **SINGLETON LLC**<br>Attorneys for Plaintiffs | **CHARLES I. EPSTEIN, ESQ.**<br>Attorney for Defendants/Third Party Plaintiffs, Complete Advisors Plus LLC, Nainesh Shah, and Evan Levine |
| /s/ Brian D. Singleton<br>Brian D. Singleton, Esq. | /s/ Charles Epstein<br>Charles I. Epstein, Esq. |

**LANDMAN CORSI BALLAINE
& FORD P.C.**
Attorneys for Third Party Defendant

 /s/ Gerald Ford
Gerald Ford, Esq.